UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-25340 |
| BELLOMO, SALVATORE | Chapter: | 7 |
| BELLOMO, JOY | Judge: | KCF |

**NOTICE OF PROPOSED ABANDONMENT**

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on October 17, 2017 at 11:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real Estate at:33 HUDSON COURT, FRANKLIN PARK, NJ
> The debtor(s) purchased the property in 1993 for $145,000. The property is valued at $263,576 based upon a Comparative Market Analysis.

> Liens on property:
>
> Bank of America - $254,128

> Amount of equity claimed as exempt:
>
> None

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-25340-KCF
Salvatore Bellomo                                                       Chapter 7
Joy Bellomo
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Sep 08, 2017
                              Form ID: pdf905          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
```
db/jdb         +Salvatore Bellomo,    Joy Bellomo,    33 Hudson Court,    Franklin Park, NJ 08823-1772
516971840     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    P.O. Box 15026,    Wilmington, DE 19886)
516971841      Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
516971842     +Caine & Weiner,    21210 Erwin Street,    Woodland Hills, CA 91367-3714
516971845     +Fein, Such, Kahn, & Shepard, P.C.,     7 Century Dr,   Suite 201,    Parsippany, NJ 07054-4673
516971846     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516971847     +Foreclosure Processing Services,    Superior Court Clerk s Office,
                25 W. Market Street, 6th Floor, North Wi,    Trenton, NJ 08611-2148
516971848     +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
516971852      JFK Medical Associates,    PO Box 11912,    Newark, NJ 07101-4912
516971854     +KML Law Group, P.C.,    216 Haddon Avenue, Ste 406,    Collingswood, NJ 08108-2812
516971855      Lawrence M. Pickover, MD,    81 Veronica Ave Ste 206,    Somerset, NJ 08873-3491
516971856     +McGovern Legal Services, LLC,    PO Box 1111,    New Brunswick, NJ 08903-1111
516971857     +Middlesex Emergency Phys PA,    P.O. Box 740021,    Cincinnati, OH 45274-0021
516971859     +New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516971860     +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
516971861     +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516971862      Robert Wood Johnson Medical Group,    P.O. Box 15278,    Newark, NJ 07192-5278
516971865     +Somerset County Special Civil Part,    40 N Bridge St,    Somerville, NJ 08876-2111
516971866     +Transworld System Inc/,    Po Box 15095,    Wilmington, DE 19850-5095
516971867      University Radiology Group,PC,    PO Box 371863,    Pittsburgh, PA 15250-7863
516971868     +Wynfield At Somerset Condominium Associa,    31 Desoto Dr,    Franklin Park, NJ 08823-1773
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 09 2017 01:26:40      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 09 2017 01:26:37      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516971843     +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 09 2017 01:27:32      Credit Coll,
                725 Canton St,    Norwood, MA 02062-2679
516971844     +E-mail/PDF: creditonebknotifications@resurgent.com Sep 09 2017 01:30:03      Credit One Bank Na,
                Po Box 98872,    Las Vegas, NV 89193-8872
516971850      E-mail/Text: cio.bncmail@irs.gov Sep 09 2017 01:26:16      Internal Revenue Service,
                44 South Clinton Ave,    Trenton, NJ 08601
516971853      E-mail/Text: masmith@jfkhealth.org Sep 09 2017 01:27:16      JFK Medical Center,
                P.O. Box 11913,    Newark, NJ 07101-4913
516971858     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 09 2017 01:26:36      Midland Funding, LLC,
                PO Box 603,    Oaks, PA 19456-0603
516971863      E-mail/Text: rwjebn@rwjbh.org Sep 09 2017 01:27:33      Robert Wood Johnson Univeristy Hospital,
                P.O. Box 15448,    Newark, NJ 07192-5448
516971864     +E-mail/Text: bankruptcy@savit.com Sep 09 2017 01:27:37      Sa-vit Collection Agen,
                46 W Ferris St,    East Brunswick, NJ 08816-2159
                                                                                              TOTAL: 9
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516971851*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Services,    P.O. Box 9052,
                Andover, MA 01810-9052)
516971849*    +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                 Page 2 of 2            Date Rcvd: Sep 08, 2017
                              Form ID: pdf905             Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2017 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas   Orr    tom@torrlaw.com,  Torr@ecf.epiqsystems.com
          Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,  Torr@ecf.epiqsystems.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          Yakov   Rudikh    on behalf of Debtor Salvatore   Bellomo yrudikh@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;r61945@notify.bestcase.com
          Yakov   Rudikh    on behalf of Joint Debtor Joy   Bellomo yrudikh@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;r61945@notify.bestcase.com
                                                                                             TOTAL: 6
```