---

**Information to identify the case:**

| Debtor 1 | Salvatore Bellomo | | Social Security number or ITIN    xxx–xx–6731 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Joy Bellomo | | Social Security number or ITIN    xxx–xx–3532 |
| | First Name    Middle Name    Last Name | | EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    17–25340–KCF

---

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Salvatore Bellomo

Joy Bellomo
aka Joy Polansky

<u>10/27/17</u>

**By the court:** <u>Kathryn C. Ferguson</u>
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-25340-KCF
Salvatore Bellomo                                                     Chapter 7
Joy Bellomo
            Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Oct 27, 2017
                             Form ID: 318              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db/jdb      +Salvatore Bellomo,   Joy Bellomo,   33 Hudson Court,   Franklin Park, NJ 08823-1772
cr          +Wynnefield at Somerset Condominium Association, In,   c/o McGovern Legal Services, LLC,
             PO Box 1111,   New Brunswick, NJ 08903-1111
516971842   +Caine & Weiner,   21210 Erwin Street,   Woodland Hills, CA 91367-3714
516971845   +Fein, Such, Kahn, & Shepard, P.C.,   7 Century Dr,   Suite 201,   Parsippany, NJ 07054-4673
516971847   +Foreclosure Processing Services,   Superior Court Clerk s Office,
             25 W. Market Street, 6th Floor, North Wi,   Trenton, NJ 08611-2148
516971852    JFK Medical Associates,   PO Box 11912,   Newark, NJ 07101-4912
516971854   +KML Law Group, P.C.,   216 Haddon Avenue, Ste 406,   Collingswood, NJ 08108-2812
516971855    Lawrence M. Pickover, MD,   81 Veronica Ave Ste 206,   Somerset, NJ 08873-3491
516971856   +McGovern Legal Services, LLC,   PO Box 1111,   New Brunswick, NJ 08903-1111
516971857   +Middlesex Emergency Phys PA,   P.O. Box 740021,   Cincinnati, OH 45274-0021
516971859   +New Jersey Division of Taxation,   PO Box 046,   Trenton, NJ 08601-0046
516971860   +Penn Credit,   916 S 14th St,   Harrisburg, PA 17104-3425
516971861   +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
516971862    Robert Wood Johnson Medical Group,   P.O. Box 15278,   Newark, NJ 07192-5278
516971865   +Somerset County Special Civil Part,   40 N Bridge St,   Somerville, NJ 08876-2111
516971866   +Transworld System Inc/,   Po Box 15095,   Wilmington, DE 19850-5095
516971867    University Radiology Group,PC,   Po Box 371863,   Pittsburgh, PA 15250-7863
516971868   +Wynfield At Somerset Condominium Associa,   31 Desoto Dr,   Franklin Park, NJ 08823-1773


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QTJORR.COM Oct 27 2017 22:28:00    Thomas Orr,   Law Office of Thomas J. Orr,
             321 High Street,   Burlington, NJ 08016-4411
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 27 2017 22:35:17    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 27 2017 22:35:16    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516971840    EDI: BANKAMER.COM Oct 27 2017 22:33:00    Bank of America,   P.O. Box 15026,
             Wilmington, DE 19886
516971841    EDI: BANKAMER.COM Oct 27 2017 22:33:00    Bank of America,   PO Box 31785,
             Tampa, FL 33631-3785
516971843   +EDI: CCS.COM Oct 27 2017 22:28:00    Credit Coll,   725 Canton St,   Norwood, MA 02062-2679
516971844   +EDI: RCSFNBMARIN.COM Oct 27 2017 22:28:00    Credit One Bank Na,   Po Box 98872,
             Las Vegas, NV 89193-8872
516971846   +EDI: AMINFOFP.COM Oct 27 2017 22:28:00    First Premier Bank,   601 S Minnesota Ave,
             Sioux Falls, SD 57104-4868
516971848   +EDI: IIC9.COM Oct 27 2017 22:33:00    I C System Inc,   Po Box 64378,
             Saint Paul, MN 55164-0378
516971850    EDI: IRS.COM Oct 27 2017 22:33:00    Internal Revenue Service,   44 South Clinton Ave,
             Trenton, NJ 08601
516971853    E-mail/Text: masmith@jfkhealth.org Oct 27 2017 22:35:32    JFK Medical Center,
             P.O. Box 11913,   Newark, NJ 07101-4913
516971858   +EDI: MID8.COM Oct 27 2017 22:28:00    Midland Funding, LLC,   PO Box 603,
             Oaks, PA 19456-0603
516971863    E-mail/Text: rwjebh@rwjbh.org Oct 27 2017 22:35:42    Robert Wood Johnson Univeristy Hospital,
             P.O. Box 15448,   Newark, NJ 07192-5448
516971864   +E-mail/Text: bankruptcy@savit.com Oct 27 2017 22:35:43    Sa-vit Collection Agen,
             46 W Ferris St,   East Brunswick, NJ 08816-2159
                                                                                         TOTAL: 14


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Thomas Orr,   Law Office of Thomas J. Orr,   321 High Street,   Burlington, NJ 08016-4411
516971851*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:  Internal Revenue Services,   P.O. Box 9052,
             Andover, MA 01810-9052)
516971849*  +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                             TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin            Page 2 of 2            Date Rcvd: Oct 27, 2017
                              Form ID: 318            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marlena S. Diaz-Cobo    on behalf of Creditor    Wynnefield at Somerset Condominium Association,
           Inc. mdiaz-Cobo@theassociationlawyers.com
          Thomas  Orr    tom@torrlaw.com,  Torr@ecf.epiqsystems.com
          Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com,  Torr@ecf.epiqsystems.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Yakov  Rudikh    on behalf of Debtor Salvatore  Bellomo yrudikh@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
          Yakov  Rudikh    on behalf of Joint Debtor Joy  Bellomo yrudikh@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
                                                                              TOTAL: 7
```