Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–25340–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Salvatore Bellomo
33 Hudson Court
Franklin Park, NJ 08823

Joy Bellomo
aka Joy Polansky
33 Hudson Court
Franklin Park, NJ 08823

Social Security No.:
  xxx–xx–6731                                             xxx–xx–3532

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Thomas Orr is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 1, 2017</u>                 <u>Kathryn C. Ferguson</u>
                                                Judge, United States Bankruptcy Court